UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN M. CORBETT )
)
v. )   C.A. NO. 04-cv-12054-WGY
)
UNITED STATES OF AMERICA )

## NOTICE OF APPEAL

Now comes the petitioner in the above-entitled matter and gives notice of his appeal of the decision by this Court dated September 21, 2004 in the above-entitled matter. The Court on the same day issued a Certificate of Appealability of the Court Order dismissing the petitioner's *pro se* Motion To Vacate/Set Aside/Correct Sentence (2255).

The Petitioner, *Pro Se*

Stephen M. Corbett
P.O. Box 2000, #5752
Fort Dix, NJ  08640

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 10-15, 2004.

Stephen M. Corbett